UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF TENNESSEE
                  NASHVILLE DIVISION


**JAMES KIMBROUGH**              )
                                 )
**v.**                           )   Civil Action No. 3:12-0782
                                 )   Judge Sharp/Knowles
**LOIS DeBERRY SPECIAL NEEDS**   )
**FACILITY, et al.**             )

                    **O R D E R**

   The Final Pretrial Conference in this action previously set for November 1, 2013, at 10:00 a.m., is hereby reset to **October 30, 2013, at 10:00 a.m.** before the undersigned.

   All other provisions of the previously entered Order (Docket No. 38) shall remain in effect as ordered.

   IT IS SO ORDERED.

                                   _____
                                   E. CLIFTON KNOWLES
                                   United States Magistrate Judge