UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES KIMBROUGH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) No. 3:12-cv-00782 |
| v. | ) |
| | ) Judge Sharp |
| | ) Magistrate Judge Knowles |
| THOMAS WALDON, DDS, | ) |
| | ) |
|     Defendant. | ) |

# ORDER

Plaintiff Samuel Jefferson, an inmate at the Lois M. Deberry Special Needs Facility ("DSNF") proceeding *pro se*, has filed his civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that the prison and prison dentist have been and remain deliberately indifferent to Plaintiff's serious medical needs.[1] Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that the (1) *Emergency Motion to Acquire Emergency Oral Surgery* (Docket Entry No. 4), (2) *Plantiffs* [sic] *Response/Motion* (Docket Entry No. 29), and (3) *Advisement to the Court/Motion* (Docket Entry No. 34) be denied. *See* (Docket Entry No. 46). Plaintiff filed a timely objection to the R & R on May 7, 2013. (Docket Entry No. 50).

Having considered the matter *de novo* in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommended disposition.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 46) is hereby ACCEPTED and APPROVED;

---

[1] The Court dismissed DSNF from this action on August 17, 2012. *See* (Docket Entry Nos.10 and 11).

(2) Plaintiff's *Emergency Motion to Acquire Emergency Oral Surgery* (Docket Entry No. 4) is hereby DENIED;

(3) *Plantiffs* [sic] *Response/Motion* (Docket Entry No. 29) is hereby DENIED; and

(4) Plaintiff's *Advisement to the Court/Motion* (Docket Entry No. 34) is hereby DENIED.

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE